

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00633-CV

ELI SASSON, ON BEHALF OF 78 ACRES, LP AND
INWOOD PARTNERS, LP, Appellant

V.

ANDREW SCHATTE, MICHAEL SURFACE, TOWN & COUNTRY VENTURES,
LLC, TOWN & COUNTRY VENTURES II, INC., THE KEYSTONE GROUP F/K/A
TOWN & COUNTRY VENTURES, INC., HC 5815, LLC, DAVID BLUMHARDT,
AND GERALD EVERSOLE, Appellees

Appeal from the 189th District Court of Harris County.  (Tr. Ct. No. 2010-08868).

This case is an appeal from the final judgment signed by the trial court on April 15, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Eli Sasson, on behalf of 78 Acres, LP and Inwood Partners, LP, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 30, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Huddle.